UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOUTHWEST TECHNOLOGY INNOVATIONS LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>ST. BERNARD SOFTWARE, INC.; ESPION INTERNATIONAL, INC.; WORKGROUP SOLUTIONS, INC.; SONICWALL, INC.; MIRAPOINT SOFTWARE, INC.; AND POINTPROOF, INC.<br><br>    Defendants. | Case No.   09-CV-01487 JAH JMA<br><br>**ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANT SONICWALL, INC.** |

1    Before the Court is the Joint Motion for Extension of Time for Defendant
2    SonicWALL, Inc. to Respond to Complaint. Upon due consideration of the parties' motion, and
3    good cause appearing, it is hereby **GRANTED**.
4    Accordingly, SonicWALL's response to Plaintiff's Complaint will be due September 18,
5    2009.
6    It is so **ORDERED**.
7    Dated: August 21, 2009

By: /s/ John A. Houston
Honorable John A. Houston
United States District Court Judge