**UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| SOUTHWEST TECHNOLOGY INNOVATIONS LLC, | ) ) ) | No. 09cv1487 JAH (JMA) |
| Plaintiff, | ) ) ) | **ORDER EXTENDING TIME FOR PROOFPOINT, INC. TO RESPOND TO COMPLAINT** |
| v. | ) ) | |
| ST. BERNARD SOFTWARE, INC.; ESPION INTERNATIONAL, INC.; WORKGROUP SOLUTIONS, INC.; SONICWALL, INC.; MIRAPOINT SOFTWARE, INC.; AND PROOFPOINT, INC., | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

Upon the Joint Motion of Plaintiff Southwest Technology Innovations, Inc. and Defendant Proofpoint, Inc. [D.E. 11], and in view of the circumstances recited therein, Proofpoint, Inc. is granted an extension of time, until September 14, 2009, to respond to the Complaint.

IT IS SO ORDERED.

Dated: August 21, 2009

JOHN A. HOUSTON
UNITED STATES DISTRICT JUDGE

1                               Case No. 09cv1487 JAH (JMA)